# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

158542

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* TRENTON LOUIS LANE.

SC: 158542
COA: 344520
Muskegon CC: 17-004744-DJ

_____/

On order of the Court, the application for leave to appeal the August 14, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk

p0418